**FILED**

AUG 26 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 674 |
| v. | Violation: Title 26, United States Code, Section 7206(1) |
| PATRYK TRYNDA | JUDGE WOOD<br>MAGISTRATE JUDGE KIM |

The UNITED STATES ATTORNEY charges:

On or about September 28, 2017, in the Northern District of Illinois, Eastern Division,

PATRYK TRYNDA,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2016, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $38,910, when defendant knew that his total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

_____
UNITED STATES ATTORNEY